AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Numbers, Robert T. | U.S. District Court, Eastern District North Carolina | 05/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full-Time) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Terry Sanford Federal Building
310 New Bern Ave.
Raleigh, NC 27601-1418

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administrator | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society & Liberty Fund | July 17-19, 2015 | Minneapolis, MN | Faculty Colloquium | Travel, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover Student Loan #1 | Law School Loan | J |
| 2. | Discover Student Loan #2 | Law School Loan | J |
| 3. | Discover Student Loan #3 | Law School Loan | J |
| 4. | Discover Student Loan #4 | Law School Loan | J |
| 5. | NelNet Student Loan #1 | Law School Loan | K |
| 6. | NelNet Student Loan #2 | Law School Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. BMO Aggressive Allocation | A | Int./Div. | | | Sold | 08/31/15 | K | | |
| 3. Dodge & Cox International Stock | A | Int./Div. | J | T | | | | | |
| 4. Goldman Sachs Small Cap Value | A | Int./Div. | K | T | Buy (add'l) | 08/31/15 | K | | |
| 5. Lazard Emerging Markets Equity | A | Int./Div. | J | T | | | | | |
| 6. Royce Premier | A | Int./Div. | | | Sold | 08/31/15 | K | | |
| 7. T. Rowe Price Retirement 2040 | A | Int./Div. | | | Sold | 08/31/15 | K | | |
| 8. Retirement 2040 Port | | None | K | T | Buy | 08/31/15 | K | | |
| 9. Retirement 2050 Port | | None | K | T | Buy | 08/31/15 | K | | |
| 10. Vanguard Institutional Index | B | Int./Div. | M | T | | | | | |
| 11. Vanguard Short Term Corporate Bond | A | Int./Div. | K | T | | | | | |
| 12. Vanguard Total International Stock | A | Int./Div. | K | T | | | | | |
| 13. Investment Account #2 (H) | | | | | | | | | |
| 14. Vanguard 500 Index Fund Investor Shares | A | Int./Div. | J | T | | | | | |
| 15. Vanguard Long-Term Bond Index Fund (Y) | | | | | | | | | |
| 16. College Foundation of North Carolina Account #1 (H) | | | | | | | | | |
| 17. Vanguard Aggressive Growth Portfolio (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Conservative Growth Portfolio | | None | J | T | | | | | |
| 19. Vanguard Moderate Growth Portfolio | | None | J | T | | | | | |
| 20. College Foundation of North Carolina Account #2 (H) | | | | | | | | | |
| 21. Vanguard Aggressive Growth Portfolio (Y) | | | | | | | | | |
| 22. Vanguard Conservative Growth Portfolio | | None | J | T | | | | | |
| 23. Vanguard Moderate Growth Portfolio | | None | J | T | | | | | |
| 24. RiverSource Variable Universal Life IV Insurance (H) | | | | | | | | | |
| 25. Fixed Account (Y) | | | | | | | | | |
| 26. Columbia Variable Portfolio Intermediate Bond Fund (Class 3) | | None | J | T | | | | | |
| 27. Columbia Variable Portfolio Dividend Opportunity Fund (Class 3) | | None | J | T | | | | | |
| 28. AllianceBernstein VPS International Value Portfolio | | None | J | T | | | | | |
| 29. AllianceBernstein VPS Growth & Income Portfolio | | None | J | T | | | | | |
| 30. Fidleity VIP Mid Cap Portfolio Service Class 2 (Y) | | | | | | | | | |
| 31. FTVIPT Franklin Global Real Estate VIP Fund - Class 2 (Y) | | | | | | | | | |
| 32. Goldman Sachs VIT Mid Cap Value Fund - Institutional Shares | | None | J | T | | | | | |
| 33. Wanger USA | | None | J | T | | | | | |
| 34. RiverSource Variable Universal Life IV ES Insurance (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fixed Account (Y) | | | | | | | | | |
| 36. Columbia Variable Portfolio Intermediate Bond Fund (Class 3) | | None | J | T | | | | | |
| 37. Columbia Variable Portfolio Dividend Opportunity Fund (Class 3) | | None | J | T | | | | | |
| 38. AllianceBernstein VPS International Value Portfolio | | None | J | T | | | | | |
| 39. AllianceBernstein VPS Growth & Income Portfolio | | None | J | T | | | | | |
| 40. Fidleity VIP Mid Cap Portfolio Service Class 2 | | None | J | T | | | | | |
| 41. FTVIPT Franklin Global Real Estate VIP Fund - Class 2 | | None | J | T | | | | | |
| 42. Goldman Sachs VIT Mid Cap Value Fund - Institutional Shares | | None | J | T | | | | | |
| 43. Wanger USA | | None | J | T | | | | | |
| 44. Estate #1 (H) | | | | | | | | | |
| 45. Cash in Attorney Trust Account (Bank of America) | | None | | | Distributed | 03/03/15 | J | | |
| 46. Misc. Holdings (H) | | | | | | | | | |
| 47. Wells Fargo Accounts | A | Int./Div. | K | T | | | | | |
| 48. Land in Cary, North Carolina | | None | N | W | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1 - Executor of estate for a family member.  No executor fee received.   Estate closing documents have been submitted to local clerk of court.  Filer's spouse is a beneficiary of the estate.

Part VII, lines 16, 20, 24, and 34: Holdings within these accounts are unit-based rather than direct investments, therefore they do not generate reportable income.

Part VI, Line 17 - Value is estimated based upon offers to purchase land over several years. (Per conversation with K. Silbaugh on 3/25/15)

Part VII, Lines 26 and 36: Name change - formerly Columbia Variable Portfolio Diversified Bond Fund (Class 3)

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Numbers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544